IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TERRY SHANE WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-BU-2938-M |
| CECIL REED, BILL LANDS, and MIKE TOOMBS, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 15, 2000, recommending that this action be dismissed without prejudice subject to plaintiff exhausting his administrative remedies. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is due to be DISMISSED WITHOUT PREJUDICE. A Final Judgment will be entered.

DONE this the 21ST day of September, 2000.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE